Same case below, 370 Fed. Appx. 826.

**No. 09-11300. C. Gordon Dillard, Petitioner v. Michael Sanchez, et al.**

562 U.S. 872, 131 S. Ct. 174, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6614.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 703.

**No. 09-11301. Marcelle Dorsey, Petitioner v. Kenneth McKee, Warden.**

562 U.S. 872, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6780.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11302. Juan E. Castro, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6625.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 355 Fed. Appx. 750.

**No. 09-11303. Michael Don Watkins, Petitioner v. United States.**

562 U.S. 873, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6750.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11304. Walter Duane White, Petitioner v. Joyce Francis, Warden, et al.**

562 U.S. 873, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6699.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 371.

**No. 09-11305. Darcel Melvin, Petitioner v. Stuart Hudson, Warden.**

562 U.S. 873, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6702.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11306. Jessie Johnson, Petitioner v. Barack H. Obama, President of the United States.**

562 U.S. 873, 131 S. Ct. 175, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 6743,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.